DWB
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 25-mj-265 (ECW) |
| JEREMY FRANCIS PLONSKI | **FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(d)(2) AND LOCAL RULE 49.1(c)(1)(G)** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _Jeremy Francis Plonski_, who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

From in or about 2022 through in or about May 2023, in the State and District of Minnesota, JEREMY FRANCIS PLONSKI attempted and actually employed, used, persuaded, induced, enticed and coerced a victim to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, such victim was a minor, and PLONSKI knew or had reason to know that such visual depiction either was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means or that it would be mailed or transported across state lines or in foreign commerce, all in violation of 18 U.S.C. § 2251(a) and (e).

Date: May 1, 2025

_Issuing officer's signature_

City and State: ST. PAUL, MN

The Honorable Elizabeth C. Wright
United States Magistrate Judge
_Printed Name and Title_

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_